IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| MARCUS EVANS, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:25-cv-574 (ALM) (BD) |
| | § | |
| THE HOME DEPOT, INC., | § | |
| | § | |
| Defendant. | § | |

**APPENDIX TO AMENDED JOINT SUBMISSION REGARDING DISCOVERY ISSUES**

| TAB/EX | DESCRIPTION | APPENDIX NUMBERS |
|---|---|---|
| A | August 22, 2025 Email to counsel for Plaintiff | 1-2 |
| B | September 22, 2025 Email to counsel for Defendant | 3-5 |
| C | October 15, 2025 Email to counsel for Plaintiff and Defendant's Discovery Deficiency Letter to Plaintiff | 6-9 |
| D | Plaintiff's responses to Interrogatories and Requests for Production, dated October 22, 2025 | 10-53 |
| E | Plaintiff's Initial Disclosures | 54-59 |

Respectfully submitted,

| | |
|---|---|
| By: */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>emanuel@sagelegal.nyc<br>**CONSUMER ATTORNEYS PLLC**<br>6829 Main Street<br>Flushing, NY 11367-1305<br>Telephone: (718) 412-2421<br>Fax: (718) 489-4155<br><br>**ATTORNEYS FOR PLAINTIFF MARCUS EVANS** | By: */s/ Shaina E. Hicks*<br>Kristin S. Higgins<br>Texas Bar No. 24046880<br>kristin.higgins@ogletree.com<br>Shaina E. Hicks<br>Texas Bar No. 24139802<br>shaina.hicks@ogletree.com<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>8117 Preston Road, Suite 500<br>Dallas, Texas 75225<br>Telephone: (214) 987-3800<br>Fax: (214) 987-3927<br><br>**ATTORNEYS FOR DEFENDANT HOME DEPOT U.S.A., INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record.

*/s/ Shaina E. Hicks*
Shaina E. Hicks