# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MARCUS EVANS | § | |
| | § | |
| v. | § | NO. 4:25-CV-00574-ALM-BD |
| | § | |
| THE HOME DEPOT, INC. | § | |

## ORDER

On December 12, 2025, the court ordered the parties to meet face-to-face in a good-faith effort to resolve their pending discovery disputes. Dkt. 17. In accordance with that order, the parties reported that they met for approximately 40 minutes via Microsoft Teams. Dkt. 18 at 1. After reviewing the parties' joint submission, the court set an in-person hearing on February 3, 2026, to address the remaining disputes. Dkt. 20. Over three weeks later, plaintiff Marcus Evans filed an opposed motion asking to attend the hearing remotely. Dkt. 24.

Evans's attorney, Emanuel Kataev, requests to appear at the hearing remotely because he lives in New York, "making an in-person appearance at the hearing burdensome and costly." *Id.* at 1. Kataev asks to appear remotely to "avoid travel costs and keep the costs of litigation lower." *Id.* The defendant Home Depot U.S.A., Inc. (incorrectly named "The Home Depot, Inc."), opposes the motion. *See* Dkt. 26. It argues that the hearing will cover numerous disputes and "require[s] a fact-intensive inquiry of the discovery timeline, communications between the Parties, and Interrogatories themselves." *Id.* at 1–2.

Face-to-face orders such as the one issued here are typically complied with through in-person meetings. They often last longer than this one did. The court expects parties to appear at hearings and pretrial conferences in person. *See* Davis, J., Judge-Specific Information, https://txed.uscourts.gov/?q=judge/magistrate-judge-bill-davis. As such, virtual appearances will be permitted only for good cause. Cost avoidance by the party who chose to file suit in this court is not good cause to warrant a change in the hearing's format.

It is **ORDERED** that the motion to attend the hearing remotely, Dkt. 24, is **DENIED**. The parties are again encouraged to resolve their discovery disputes without the need for court involvement. If the parties resolve some or all of their current disputes, they should promptly inform the court, such that the in-person hearing may be cancelled or its scope narrowed.

So **ORDERED** and **SIGNED** this 28th day of January, 2026.

_____
Bill Davis
United States Magistrate Judge